**JOHN J. TALTON, CHAPTER 13 TRUSTEE**  
Payee: Clerk of the Court

Please notify the Court & this office of any changes made after filing to your claim, (ex. account number, address, claim assignment, etc.)

Check #.: **1116970**  
Date: 07/14/2016

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1290116 | 00000 | RANDY L HARLEY & REGINA R HARLEY | | 0.00 | 1,075.09 | 0.00 | 1,075.09 |
| | | Original Check written to: RANDY L HARLEY  340 MARY LANE  BRONSON, TX, 75930 | | | | | |
| | | **TOTALS** | | 0.00 | 1,075.09 | 0.00 | 1,075.09 |